```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 12712
   JAMES HENARY EDWARDS
   YVETTE AUDREY EDWARDS                   CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-9453    SSN XXX-XX-9043

-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 03/31/2004 and was confirmed 06/09/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 07/11/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
-----------------------------------------------------------------------
SMITH ROTHCHILD FINANCIA  CURRENT MORTG     7320.00          .00          7320.00
SMITH ROTHCHILD FINANCIA  MORTGAGE ARRE      590.64          .00           590.64
VALUE CITY                SECURED            500.00        31.36           500.00
WELLS FARGO FINANCIAL     SECURED           9500.00       703.75          9500.00
WELLS FARGO FINANCIAL     UNSECURED         6229.95          .00          6229.95
COUNTRYWIDE HOME LOAN     CURRENT MORTG    42771.32          .00         42771.32
COUNTRYWIDE HOME LOAN     MORTGAGE ARRE    16328.00          .00         16328.00
AMERICAN GENERAL FINANCE  SECURED               .00          .00              .00
CITY OF CHICAGO PARKING   UNSECURED          270.00          .00           270.00
ROUNDUP FUNDING LLC       UNSECURED         3963.73          .00          3963.73
ILLINOIS DEPT OF REVENUE  UNSECURED        NOT FILED         .00              .00
TARGET RETAILERS NATIONA  UNSECURED        NOT FILED         .00              .00
IC SYSTEMS                NOTICE ONLY      NOT FILED         .00              .00
AURORA LOAN SERVICES      COST OF COLLE      100.00          .00           100.00
PETER FRANCIS GERACI      DEBTOR ATTY       2,700.00                     2,700.00
TOM VAUGHN                TRUSTEE                                        4,961.83
DEBTOR REFUND             REFUND                                           213.06

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                      RECEIPTS               DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE              96,183.64

PRIORITY                                              .00
SECURED                                         77,109.96
    INTEREST                                       735.11
UNSECURED                                       10,463.68
ADMINISTRATIVE                                   2,700.00
TRUSTEE COMPENSATION                             4,961.83
DEBTOR REFUND                                      213.06
                     ---------------        ---------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 12712 JAMES HENARY EDWARDS & YVETTE AUDREY EDWARDS
```

```
TOTALS                                96,183.64           96,183.64
```

 Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 10/25/07                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```